UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIET R. COTTON, | CRIMINAL ACTION 1:01-CR-760-CAP-AJB |
| Movant, | CIVIL ACTION |
| v. | NO. 1:12-CV-3033-CAP |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**O R D E R**

This action is before the court on the report and recommendation ("R&R") of the magistrate judge [Doc. No. 516] and the plaintiff's objections thereto [Doc. No. 518]. Because the magistrate judge correctly found that this court does not have jurisdiction over this successive § 2255 motion to vacate, and because there is not basis for a certificate of appealability, this court receives the R&R with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this 26th day of September, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge